UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH AARON VANN,

    Plaintiff,

    v.

WELLS FARGO BANK, et al.,

    Defendants.
_____/

No. C 12-1181 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on the motions to dismiss filed by defendant Wells Fargo Bank, N.A.; and defendant Allen Matkins Leck Gamble Mallory & Natsis LLP; and the motion to expunge the lis pendens recorded by plaintiff, filed by defendant Wells Fargo Bank, N.A.; has been CONTINUED from 9:00 a.m. on May 16, 2012, to 9:00 a.m. on May 30, 2012, the date presently set for hearing on the motion to dismiss filed by defendant Kimball, Tirey & St. John LLP.

**IT IS SO ORDERED.**

Dated: May 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge