1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9    KEITH A. VANN,

10             Plaintiff,                          No. C 12-1181 PJH

11        v.                                       **ORDER DISMISSING CASE**

12   WELLS FARGO BANK, et al.,

13             Defendants.
     _____/

14

15        On August 27, 2012, the court issued an order directing plaintiff to file a proof of

16   service showing service of the summons and first amended complaint on defendant Golden

17   West Savings Association Service Co. by August 3, 2012, the time allowed for service

18   under Federal Rule of Civil Procedure 4(m); and stating that if plaintiff was unable to

19   establish service by that date, or failed to file the proof of service by September 7, 2012,

20   the court would dismiss Golden West Savings Association Service Co. from the case.

21        In the same order, the court provided plaintiff with a further opportunity to respond to

22   defendant Cal-Western Reconveyance's assertion that it should be dismissed from the

23   case as a nominal party and that no claim could be stated against it.  The deadline for

24   plaintiff to respond was September 10, 2012.

25        Plaintiff having failed to file a proof of service as to Golden West Savings

26   Association Service Co., and having failed to respond to Cal-Western Reconveyance's

27   declarations of non-monetary status, the court finds that the claims against those

28   defendants must be dismissed.

**United States District Court**
For the Northern District of California

1   The court having previously dismissed the claims against defendants Wells Fargo

2   Bank, N.A.; Allen Matkins Leck Gamble Mallory & Natsis LLP; and Kimball, Tirey & St.

3   John, with prejudice, no defendants remain in the case and the action is hereby

4   DISMISSED.

5

6   **IT IS SO ORDERED.**

7   Dated:  September 25, 2012

8   _____
    PHYLLIS J. HAMILTON
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2