UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH A. VANN,

    Plaintiff,                                       No. C 12-1181 PJH

    v.                                             **ORDER DISMISSING CASE**

WELLS FARGO BANK, et al.,

    Defendants.

_____/

On August 27, 2012, the court issued an order directing plaintiff to file a proof of service showing service of the summons and first amended complaint on defendant Golden West Savings Association Service Co. by August 3, 2012, the time allowed for service under Federal Rule of Civil Procedure 4(m); and stating that if plaintiff was unable to establish service by that date, or failed to file the proof of service by September 7, 2012, the court would dismiss Golden West Savings Association Service Co. from the case.

In the same order, the court provided plaintiff with a further opportunity to respond to defendant Cal-Western Reconveyance's assertion that it should be dismissed from the case as a nominal party and that no claim could be stated against it. The deadline for plaintiff to respond was September 10, 2012.

Plaintiff having failed to file a proof of service as to Golden West Savings Association Service Co., and having failed to respond to Cal-Western Reconveyance's declarations of non-monetary status, the court finds that the claims against those defendants must be dismissed.

The court having previously dismissed the claims against defendants Wells Fargo Bank, N.A.; Allen Matkins Leck Gamble Mallory & Natsis LLP; and Kimball, Tirey & St. John, with prejudice, no defendants remain in the case and the action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge